(December 19, 2001)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GODFREY BROWN, on Behalf of DAMIEN BROWN, Petitioner, v COMMISSIONER OF CORRECTIONS, Respondent. [738 NYS2d 578] —Writ of habeas corpus in the nature of an application to reduce bail upon Queens County Indictment No. 11129/01.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Queens County Indictment No. 11129/01 to the sum of $25,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Altman, J. P., Adams, Townes and Prudenti, JJ., concur.